# NALC
**National Association of Letter Carriers**

33 Boston Post Road W., Suite 360, Marlborough, MA 01752-1813     Phone: 617-363-9299   Fax: 617-431-2791

**RICHARD "RICK" DICECCA**
National Business Agent
NALC Region 14

**BRIAN L. RENFROE**
President

**PAUL BARNER**
Executive Vice President

**JAMES D. HENRY**
Vice President

**NICOLE RHINE**
Secretary-Treasurer

**MACK I. JULION**
Asst. Secretary-Treasurer

**CHRISTOPHER JACKSON**
Director, City Delivery

**MANUEL L. PERALTA JR.**
Director, Safety & Health

**DAN TOTH**
Director, Retired Members

**JAMES W. "JIM" YATES**
Director, Life Insurance

**STEPHANIE STEWART**
Director, Health Benefit Plan

BOARD OF TRUSTEES:
**LARRY BROWN JR.**
Chairman
**SANDRA D. LAEMMEL**
**CHARLES P. HEEGE**

United States vs Myesha Lewis & Kenneth Demosthene

To the Honorable USDC Chief Judge F. Dennis Saylor Live,

My name is Richard DiCecca. I am the National Business Agent for the National Association of Letter Carriers, representing 9,400 active and retired Letter Carriers in Massachusetts, as well as 18,000 active and retired Letter Carriers in the five other New England states. On behalf of these Letter Carriers, as well as the over 295,000 active and retired Letter Carriers across this nation, I respectfully submit the following impact statement as it relates to the actions of Ms. Myesha Lewis and Kenneth Demosthene on October 27, November 7, November 29 and December 16, 2022.

Letter Carriers have a long history of providing high-quality service to every household and business in the United States. We deliver mail and packages to homes and businesses seven days a week, through rain, sleet, snow, gloom of night, and extreme temperature conditions. From birthday cards to college acceptance letters, cremated remains to prescription medicines, the Letter Carriers I represent bind our nation together, in many instances building relationships with the customers we serve as we watch families grow and businesses thrive. We are one of the few federal agencies that did not take a single day off during the entire COVID-19 pandemic; we continued to work for the American people. We, in many cases, were the only human contact that many of our customers encountered during the trying time of quarantine and isolation from one another.

There has always been a high degree of respect for Letter Carriers, and so we never have had to worry about our safety, except for the occasional threat of an aggressive dog, or in some cases of wild turkey attacks. We walked the streets with the protection of the communities we serve. From the richest of communities to the poorest, never needing to look over our shoulder in fear of threat or harm. That all changed on October 27th, November 7th, November 29th and again on December 16, 2022. The blatant disregard for the law and the lives of five (5) city Letter Carriers, whose names I will not mention to protect them from any future retaliation, when Myesha Lewis and Kenneth Demonsthene willfully chose to brandish a deadly weapon which would have seriously injured, if not killed any one if not all five (5) of these federal employees, has sent a level of insecurity to every Letter Carrier in Hyde Park, Mattapan and far beyond. Every time a Letter

Carrier has his/her back to the public when locking and unlocking their vehicle, every time a Carrier is bent over retrieving mail from a blue mail box, every time a Carrier is tapped on the shoulder by a customer, or a car stops them to ask for directions, that Letter Carrier will now flinch in fear that they could be the next victim of a Myesha Lewis, Kenneth Demosthene, or someone influenced by their overt actions. On average, Letter Carriers deliver mail for eight, ten and up to 12 hours per day over a 30 to 40-year career. Myesha Lewis and Kenneth Demosthene actions have added a level of stress and anxiety to an already difficult job in which a Letter Carrier should not have to also carry the concerns of being threatened, assaulted, robbed, or murdered.

This action did something else as well. According to various polls, Letter Carriers are the most-trusted federal employees, in part because we are the eyes and ears of the communities we serve for years or decades, and sometimes help rescue residents from house fires or burning cars, find missing children, attend to an elderly resident who has fallen, or even stop a crime in progress. We do these things not because we are supermen or superwoman, but rather because we deliver six or seven days a week and often are first on the scene—and because we know the neighborhoods and have the trust of residents. Assaults on Letter Carriers such as the ones by Myesha Lewis and Kenneth Demosthene, because of the fear and anxiety they generate, can only reduce the possibility of these vital, even lifesaving, interactions between Carriers and residents.

On behalf of all Letter Carriers, active and retired, I respectfully request that a strong message be sent in the sentencing of Ms. Myesha Lewis and Mr. Kenneth Demosthene. Their actions demonstrated total disregard for the law as well as utter disregard for the lives of these 5 letter carriers. Those who plot to rob or harm a federal employee while brandishing a deadly weapon should have the fear of knowing what consequences could be bestowed upon them if they exhibit the same disregard for life and/or the law. The Letter Carriers of the United States Postal Service should not have to report to a job where they fear what may happen to them at the hands of others each day of their careers while doing their job delivering America's mail.

Respectfully Submitted

Richard "Rick" DiCecca
National Business Agent
National Association of Letter Carriers